UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SHAJU THOMAS,

                                                                                     Civil Action No.: 00892/2011

                Plaintiff,

vs.

CAVALRY PORTFOLIO SERVICES, LLC

                Defendant.

## STIPULATION OF DISMISSAL OF ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all of the parties hereto, that the above-captioned action shall be dismissed with prejudice. It is further agreed that no party to this action is an infant or an incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action. It is further agreed that each party is to bear his, her or its own costs and attorneys fees.

_/s/ J.A.S._
Jason A. Shear, Esq.
Brent & Shear, P.C.
3957 Main Street, Second Floor
Amherst, New York 14226
Phone: (716) 831-1111
Email: jshear@brentandshearlaw.com

_/s/ P.S._
Penny Shemtob, Litigation Counsel
Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Suite 400
Valhalla, New York 10595
Phone: (914) 347-3440, ext. 13592
Email: pshemtob@cavps.com